IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RALPH L. BOOP, | : | |
| Plaintiff, | : | |
| | | Case No. 3:13cv00098 |
| vs. | : | |
| | | District Judge Walter Herbert Rice |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #17), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on April 17, 2014 (Doc. #17) is ADOPTED in full;

2. The Commissioner's final non-disability decision is reversed;

3. Plaintiff Ralph Boop's case is REMANDED to the Social Security Administration for payment of Disability Insurance Benefits based on his claimed disability onset date of March 23, 2005, consistent with the Social

        Security Act;

4.     Plaintiff Ralph Boop's case is REMANDED to the Social Security Administration for payment of Supplemental Security Income based on his application protectively filed on January 9, 2006, consistent with the Social Security Act; and,

5.     This case is terminated on the docket of this Court.

*/s/ Walter Herbert Rice*
Walter Herbert Rice
United States District Judge